# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RONALD THOMAS MORENO,<br><br>            Defendant. | CASE NO. CR04-106C<br><br>ORDER |

      This matter comes before the Court on a stipulated motion by the parties to continue the trial date, and the Court having considered the entirety of the record and files herein, the Court finds that failure to grant the requested continuance likely would result in a miscarriage of justice. The Court further finds that the interests of the public and the defendant in a speedy trial in this case are outweighed by the ends of justice. Now, therefore,

      IT IS HEREBY ORDERED that the trial date be continued from September 12, 2005, to January 30, 2006, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, USC Sections 3161(h)(8)(A), 3161(h)(8)(B)(i) and

ORDER – 1

3161(h)(8)(B)(ii). Defendant is directed to file a speedy trial waiver by September 9, 2005, for the period between September 12, 2005 and the new trial date.

SO ORDERED this 31st day of August, 2005

_____
JAMES L. ROBART
United States District Judge

ORDER – 2