UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD THOMAS MORENO,

Defendant.

CASE NO. CR04-106C

ORDER

This matter comes before the Court on a stipulated motion by the parties to continue the trial date (Dkt. No. 44). The Court having considered the entirety of the record and files herein, the Court finds and rules as follows:

The current trial date is January 30, 2006. Additional time is needed to further explore settlement options in this case and possibly eliminate the need for a trial. A denial of the requested extensions would unreasonably deny Defendant reasonable time to consult with counsel in this complex case. Due to the complexity of the case, exclusion of additional time under 18 U.S.C. §§ 3161(h)(8)(B)(ii) is appropriate. Further, Defendant has filed a speedy trial waiver, waiving his speedy trial rights through June 16, 2006

ORDER – 1

and indicating his agreement with a continuance. (Dkt. No. 45.) The proposed continuance of the trial does not appear to prejudice any party. The Court finds that failure to grant the requested continuance likely would result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(8)(B)(i). The Court further finds that the interests of the public and the Defendant in a speedy trial in this case are outweighed by the ends of justice, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

Accordingly, IT IS HEREBY ORDERED that the pre-trial motions cut-off date shall be March 28, 2006, with a new trial date of May 30, 2006. The time between the date of this Order and the new trial date shall be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(ii).

SO ORDERED this 27th day of January, 2006.

*[signature: John C. Coughenour]*

John C. Coughenour
United States District Judge

ORDER – 2